Printed on: 01/27/2019    Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900
**Case Number: 17-10551 (JNP)**

Manuel Mercado
911 North 34Th Street
Camden, NJ  08105-4313

Monthly Payment: $300.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MANUEL MERCADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $3,500.00 | $3,470.55 | $29.45 | $3,470.55 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $1,800.00 | $1,784.85 | $15.15 | $1,784.85 |
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITY OF CAMDEN | 24 | $185.49 | $0.00 | $185.49 | $0.00 |
| 4 | HILL WALLACK, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MTAG/FIG CAP INV NJ13, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $141.41 | $0.00 | $141.41 | $0.00 |
| 7 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 33 | $1,017.82 | $0.00 | $1,017.82 | $0.00 |
| 9 | US BANK CUST./PRO CAP III, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Tamika Nicole Wyche | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF CAMDEN WATER & SEWER | 24 | $459.67 | $0.00 | $459.67 | $0.00 |
| 13 | PINNACLE CREDIT SERVICES, LLC | 33 | $785.57 | $0.00 | $785.57 | $0.00 |
| 14 | DIRECTV, LLC | 33 | $262.03 | $0.00 | $262.03 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 02/01/2017 | 10.00 | $0.00 |
| 12/01/2017 | Paid to Date | $3,000.00 |
| 01/01/2018 | 49.00 | $300.00 |
| 02/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $5,255.40 |
| Undistributed Funds on Hand: | $1,101.60 |
| Arrearages: | $0.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**