# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New Jersey

**In Re:**                                                                  Case No. 17-10551

                                                                            Claim No. : 6

MANUEL MERCADO

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for venture Trust 2013-I-H-R,A Delaware Trust C/O Fay Servicing, LLC** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/24/2019                    Creditor's Authorized Agent for Fay Servicing, LLC