Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−10551−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Manuel Mercado
911 N 34th St
Camden, NJ 08105−4313
Social Security No.:
xxx−xx−1565
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               September 20, 2019
Time:                 10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*70* – Certification In Objection to (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/5/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Manuel Mercado. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: July 31, 2019
JAN: lgr

Jeanne Naughton
Clerk