|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**TAMIKA N. WYCHE, ESQUIRE**<br>**LAW OFFICES OF DAVID PAUL DANIELS, LLC**<br>**3300 FEDERAL STREET**<br>**CAMDEN, NEW JERSEY 08105**<br>**(856) 338-0411**<br>TW006502006 | **Order Filed on October 2, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re: MANUEL MERCADO | Case No.: 17-10551 JNP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. JERROLD N. POSLUSNY JR. |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 2, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: MANUEL MERCADO

Case No: 17-10551 JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

    Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

    Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $500.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

    The debtor's monthly plan is modified to $312.00 per month for the remaining 45 months to allow for payment of the aforesaid fee, beginning, May 1, 2018.