|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>TAMIKA N. WYCHE, ESQUIRE<br>LAW OFFICES OF DAVID PAUL DANIELS, LLC<br>3300 FEDERAL STREET<br>CAMDEN, NEW JERSEY 08105<br>**(856) 338-0411**<br>TW006502006 | Order Filed on October 2, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: MANUEL MERCADO | Case No.: 17-10551 JNP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. JERROLD N. POSLUSNY JR. |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 2, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: MANUEL MERCADO

Case No: 17-10551 JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

     Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

     Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $500.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__       through the Chapter 13 Plan as an administrative priority.

  _____       outside the plan.

     The debtor's monthly plan is modified to $312.00 per month for the remaining 45 months to allow for payment of the aforesaid fee, beginning, May 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10551-JNP
Manuel Mercado                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Oct 02, 2019
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             Manuel Mercado,    911 N 34th St,    Camden, NJ   08105-4313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
               WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
               WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
               WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Phillip Andrew Raymond    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE
               TRUST WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
               SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
               2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com
              Tamika Nicole Wyche    on behalf of Debtor Manuel  Mercado dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12