UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TAMIKA N. WYCHE, ESQUIRE**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW006502006

**Order Filed on October 10, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re: MANUEL MERCADO

Case No.: 17-10551 JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY JR.

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: MANUEL MERCADO

Case No: 17-10551 JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

      Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

      Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of  $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

    __X__        through the Chapter 13 Plan as an administrative priority.

    _____        outside the plan.

      The debtor's monthly plan is modified to $450.00 per month for the remaining 3  months to allow for payment of the aforesaid fee, beginning, November 1, 2019.

In re:                                                          Case No. 17-10551-JNP
Manuel Mercado                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 10, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db            Manuel Mercado,    911 N 34th St,    Camden, NJ  08105-4313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
           TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Justin Plean    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
           TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin M. Buttery    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
           TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Phillip Andrew Raymond    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
           CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE
           TRUST WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRU phillip.raymond@mccalla.com
          R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
           SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
           2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY
           rsolarz@kmllawgroup.com
          Sindi Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com
          Tamika Nicole Wyche    on behalf of Debtor Manuel  Mercado dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 12