Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-10551 (JNP)**

Manuel Mercado  
911 North 34Th Street  
Camden, NJ  08105-4313

Monthly Payment: $450.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | $900.00 | 01/09/2019 | $300.00 | 04/08/2019 | $900.00 | 09/06/2019 | $750.00 |
| 10/31/2019 | $300.00 | 12/03/2019 | $450.00 | 12/04/2019 | $450.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MANUEL MERCADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $29.45 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $1,800.00 | $1,800.00 | $0.00 | $15.15 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $500.00 | $410.20 | $89.80 | $271.19 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $500.00 | $410.20 | $89.80 | $271.19 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $800.00 | $538.89 | $261.11 | $134.73 |
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITY OF CAMDEN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | HILL WALLACK, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MTAG/FIG CAP INV NJ13, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $141.41 | $91.22 | $50.19 | $91.22 |
| 7 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 33 | $1,017.82 | $656.55 | $361.27 | $656.55 |
| 9 | US BANK CUST./PRO CAP III, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Tamika Nicole Wyche | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF CAMDEN WATER & SEWER | 24 | $459.67 | $459.67 | $0.00 | $459.67 |
| 13 | PINNACLE CREDIT SERVICES, LLC | 33 | $785.57 | $506.74 | $278.83 | $506.74 |
| 14 | DIRECTV, LLC | 33 | $262.03 | $169.02 | $93.01 | $169.02 |
| 15 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 13 | $531.00 | $435.63 | $95.37 | $288.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2017 | 31.00 | $0.00 |
| 09/01/2019 | Paid to Date | $8,550.00 |
| 10/01/2019 | 1.00 | $300.00 |
| 11/01/2019 | 3.00 | $450.00 |
| 02/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,050.00 |
| Total paid to creditors this period: | $2,892.91 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $450.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**