**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Camden)**

| | |
|---|---|
| IN RE: | Case No.: 17-10551 |
| Debtors: Manuel Mercado | Loan Number (Last 4): 2799 |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust | Fay Servicing, LLC |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| PO Box 65250 | Court Claim # (if known): 6 |
| Salt Lake City, UT 84165 | Amount of Claim: $147,914.54 |
| | Date Claim Filed: 05/10/2017 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 7809 |
| Last Four Digits of Acct #: 2799 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 2799

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley                                              Date: 01/30/2020
    InfoEx, LLC, as authorized filing agent
    (Approved by: Michelle Enoch)

Specific Contact Information:
Michelle Enoch - Bankruptcy Supervisor
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

488255-0d41314e-34a2-49aa-b140-67816bc80f58